**Anita THOMAS, Plaintiff–Appellant,**

v.

**CUMBERLAND COUNTY SCHOOLS; Vanstory Hills Elementary School; Betty Musselwhite, Defendants–Appellees.**

No. 11–1296.

United States Court of Appeals, Fourth Circuit.

Submitted: June 16, 2011.

Decided: June 20, 2011.

Anita Thomas, Appellant Pro Se. Webster Glenn Harrison, McAngus Goudelock & Courie LLC, Raleigh, North Carolina; Amy Yager Jenkins, McAngus Goudelock & Courie LLC, Charleston, South Carolina, for Appellees.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anita Thomas appeals the district court's order denying Thomas's motion to be relieved from a stipulation of dismissal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thomas v. Cumberland Cnty. Sch.*, No. 5:09–cv–00359–FL (E.D.N.C. Mar. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*